

1313 North Market Street
P.O. Box 951
Wilmington, DE 19899-0951
302 984 6000

www.potteranderson.com

**Philip A. Rovner**
Partner
provner@potteranderson.com
(302) 984-6140   Direct Phone
(302) 658-1192   Fax

January 30, 2008

**BY E-FILE**

The Honorable Joseph J. Farnan, Jr.
United States District Court
U.S. Courthouse
844 N. King Street
Wilmington, DE 19801

   Re: JSA Technologies, Inc. v. CBORD Group, Inc.,
      D. Del., C.A. No. 07-686-JJF

Dear Judge Farnan:

   We represent plaintiff JSA Technologies, Inc. ("JSA") in the above-referenced action. We write to request that the Court adjourn the Rule 16 Scheduling Conference presently scheduled for February 7, 2008.

   JSA filed this action for patent infringement against CBORD Group, Inc. ("CBORD") on October 30, 2007. JSA elected not to serve the Complaint on CBORD at that time. On or about December 12, 2007, following JSA's commencement of this action, CBORD filed an action against JSA in New York State Supreme Court alleging, among other things, a cause of action for breach of contract. Like the Complaint in this action, CBORD has not served the Complaint on JSA. Rather than proceed with the respective litigations, the parties have used the time since the filing of the complaints to explore a possible resolution of the issues between them and are currently in active discussions.

   As a result, JSA respectfully requests a short adjournment of the Scheduling Conference. If the parties are unable to resolve their differences within the next few weeks, JSA intends to proceed with this action and, at that time, will formally effect service of the Complaint on CBORD. Accordingly, to allow the parties to continue their efforts to resolve their differences, JSA requests that the Scheduling Conference be rescheduled for the week of March 10, or some other date in March convenient to the Court.

The Honorable Joseph J. Farnan, Jr.
January 30, 2008
Page 2

Respectfully,

Philip A. Rovner

PAR:mes/845665

cc: Richard S. Meyer, Esq. (co-counsel for JSA) – by E-mail
　　Paul J. Yesawich, Esq. (counsel for CBORD) – by E-mail