IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| JSA TECHNOLOGIES, INC. ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | C.A. No. 07-686-JJF |
| ) | |
| CBORD GROUP INC. ) | |
| ) | |
| Defendant. ) | |

## STIPULATION AND ORDER

The parties, by and through their undersigned attorneys, and subject to the approval of the Court, hereby stipulate and agree to extend the time within which Defendant CBORD Group, Inc. must answer, move or otherwise respond to the Plaintiff's Complaint to April 14, 2008.

/s/ Philip A. Rovner
Philip A. Rovner (#3215)
provner@potteranderson.com
POTTER ANDERSON & CORROON, LLP
1313 N. Market St.
Hercules Plaza, 6th Floor
P.O Box 951
Wilmington, Delaware 19899-0051
(302) 984-6000
*Attorney for Plaintiff*

/s/ Frederick L. Cottrell, III
Frederick L. Cottrell, III (#2555)
cottrell@rlf.com
RICHARDS, LAYTON & FINGER, P.A.
One Rodney Square
920 North King Street
P.O Box 551
Wilmington, Delaware 19899
(302) 651-7700
*Attorney for Defendant*

SO ORDERED this ____ day of _____, 2008.

_____
United States District Judge

RLF1-3266770-1