IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| JSA TECHNOLOGIES, INC., | ) | |
| | ) | C.A. No. 07-686-JJF |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | **JURY TRIAL DEMANDED** |
| | ) | |
| CBORD GROUP, INC., | ) | |
| | ) | |
| Defendant. | ) | |

### STIPULATION OF DISMISSAL

IT IS HEREBY STIPULATED AND AGREED, by and between JSA Technologies, Inc. and CBORD Group, Inc., through their respective undersigned counsel of record, and subject to the Order of this Court that, pursuant to Rule 41(a) of the Federal Rules of Civil Procedure, all claims asserted against CBORD Group, Inc. are hereby dismissed with prejudice. Each party shall bear its own attorneys' fees and costs.

| POTTER ANDERSON & CORROON LLP | RICHARDS, LAYTON & FINGER, P.A. |
|---|---|
| By: /s/ Philip A. Rovner | By: /s/ Frederick L. Cottrell, III |
| Philip A. Rovner (#3215) | Frederick L. Cottrell, III (#2555) |
| Hercules Plaza | One Rodney Square |
| P.O. Box 951 | 920 N. King Street |
| Wilmington, DE 19899 | Wilmington, DE 19801 |
| (302) 984-6000 | (302) 651-7700 |
| provner@potteranderson.com | cottrell@rlf.com |
| *Attorneys for Plaintiff* | *Attorneys for Defendant* |
| *JSA Technologies, Inc.* | *CBORD Group, Inc.* |

SO ORDERED this ____ day of _____, 2008.

_____
United States District Judge

859489