IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| JSA TECHNOLOGIES, INC., ) | C.A. No. 07-686-JJF |
| Plaintiff, ) | |
| v. ) | **JURY TRIAL DEMANDED** |
| CBORD GROUP, INC., ) | |
| Defendant. ) | |

### STIPULATION OF DISMISSAL

IT IS HEREBY STIPULATED AND AGREED, by and between JSA Technologies, Inc. and CBORD Group, Inc., through their respective undersigned counsel of record, and subject to the Order of this Court that, pursuant to Rule 41(a) of the Federal Rules of Civil Procedure, all claims asserted against CBORD Group, Inc. are hereby dismissed with prejudice. Each party shall bear its own attorneys' fees and costs.

POTTER ANDERSON & CORROON LLP          RICHARDS, LAYTON & FINGER, P.A.

By: /s/ Philip A. Rovner                              By: /s/ Frederick L. Cottrell, III
    Philip A. Rovner (#3215)                           Frederick L. Cottrell, III (#2555)
    Hercules Plaza                                     One Rodney Square
    P.O. Box 951                                       920 N. King Street
    Wilmington, DE 19899                               Wilmington, DE 19801
    (302) 984-6000                                     (302) 651-7700
    provner@potteranderson.com                         cottrell@rlf.com

*Attorneys for Plaintiff*                              *Attorneys for Defendant*
*JSA Technologies, Inc.*                               *CBORD Group, Inc.*

SO ORDERED this 16 day of April, 2008.

_____
United States District Judge

859489